STATE v. EVANS and STATE v. JOHNSON

No. 120 PC.

Case below: 8 N.C. App. 469.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 July 1970.

STATE v. FLYNT

No. 98 PC.

Case below: 8 N.C. App. 323.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. GURKIN

No. 87 PC.

Case below: 8 N.C. App. 304.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. HICKMAN

No. 112 PC.

Case below: 8 N.C. App. 583.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STATE v. ISLEY

No. 105 PC.

Case below: 8 N.C. App. 599.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 July 1970.

STATE v. JACKSON

No. 74 PC.

Case below: 8 N.C. App. 346.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.